**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:   **Carlos A. Ortiz-Santiago**   )   Chapter 13
       **Debtor**   )
                                                   )   No. 19-16626-ELF
                                                 )
                                                 )

**CERTIFICATION OF NO RESPONSE**

     I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                                         **/s/David M. Offen**
                                                         **David M. Offen**
                                                         **Attorney for Debtor(s)**

**Date:2/21/20**