Certificate Number: 12433-PAE-DE-037100782

Bankruptcy Case Number: 19-16626


12433-PAE-DE-037100782

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 11, 2023, at 6:19 o'clock PM EST, Carlos A. Ortiz completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 11, 2023              By:   /s/Candace Jones

                                     Name: Candace Jones

                                     Title: Counselor