United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-16626-elf

Carlos A Ortiz-Santiago  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2

Date Rcvd: Jan 12, 2023  Form ID: 138OBJ  Total Noticed: 16

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carlos A Ortiz-Santiago, 551 Marwood Road East, Philadelphia, PA 19120-2627 |
| 14409587 | + | Helm Assocs, 801 Bristol Pike, Croydon, PA 19021-5447 |
| 14409592 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14409593 | + | PNC Bank, 401 West Tabor Road, Philadelphia, PA 19120-2873 |
| 14443312 | + | U.S. Bank National Association, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 13 2023 00:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2023 00:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14484128 | | Email/Text: megan.harper@phila.gov | Jan 13 2023 00:35:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14409586 | | Email/Text: megan.harper@phila.gov | Jan 13 2023 00:35:00 | City of Philadelphia - Law Dept., One Parkway Bldg., 1515 Arch Street, 14th Fl, Philadelphia, PA 19107 |
| 14409588 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 13 2023 00:35:00 | I.C. System, Inc., 444 Highway 96 East, Po Box 64378, St. Paul, MN 55164-0378 |
| 14409589 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 13 2023 00:35:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14409590 | | Email/Text: blegal@phfa.org | Jan 13 2023 00:35:00 | Pennsylvania Housing Finance Agency, P.O. Box 15057, Harrisburg, PA 17105-5057 |
| 14442606 | ^ | MEBN | Jan 13 2023 00:25:06 | U.S. BANK NATIONAL ASSOCIATION, (Trustee for the P, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14446409 | + | Email/Text: blegal@phfa.org | Jan 13 2023 00:35:00 | U.S. Bank National Association, et al, c/o PA Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14409594 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 13 2023 00:35:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14409595 | | Email/Text: megan.harper@phila.gov | Jan 13 2023 00:35:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 12, 2023 | Form ID: 138OBJ | Total Noticed: 16 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14409591 | * | Pennsylvania Housing Finance Agency, P.O. Box 15057, Harrisburg, PA 17105-5057 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Carlos A Ortiz-Santiago dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Carlos A Ortiz−Santiago
       Debtor(s)

Case No: 19−16626−elf
Chapter: 13

_____

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

         900 Market Street
           Suite 400
       Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/12/23